UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HENRY RODRIGUEZ ANTONGIORGI, et al.,
    Plaintiffs

vs.                                                           CIVIL NO. 98-2336 (JP)

CENTRO COMERCIAL PLAZA VEGA, et. al.,
    Defendants

### ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** September 9, 1999<br>**Docket:** #22<br>[] Plffs      [X] Defts<br><br>**Title:** Motion Requesting Leave to File Amended Answer to Complaint | GRANTED. |

Date: 9/22/99

JAIME PIERAS, JR.
U.S. Senior District Judge

RECEIVED & FILED
SEP 27 1999