IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HENRY RODRIGUEZ ANTONGIORGI          CIVIL NO. 98-2336 (JP)
Et Al

Vs.                                  PLAINTIFFS DEMAND
                                     TRIAL BY JURY
CENTRO COMERCIAL PLAZA VEGA
BAJA, INC., Et Al

Plaintiffs

-----------------------------

O R D E R

Pending before this Court is the Civil case of Henry Rodríguez

vs. Centro Comercial Plaza Vega Baja, in which Mr. Rodríguez,

claimant, is requesting compensation for damages allegedly

sustained during an October 1996 accident at defendant's premises.

The medical history of Mr. Rodríguez, and all of his prior claims

for compensation are relevant to this litigation. Therefore, this

Court hereby ORDERS the following individuals and institutions to

produce to counsel of record (Jaime F. Agrait Lladó, Esq., P. O.

Box 195193, San Juan, P. R. 00919-5193, and/or Harold Vicente,

Esq., P. O. Box 11609, San Juan, P. R. 00918-1609) upon request

through a copy of this order, photocopies of all the documents and

medical records that they may preserve in their files pertaining in

any way to Mr. Henry Rodríguez Antongiorgi:

    1.   Dr. Benjamín Pagán Ayala
         #12 Baldority
         Vega Baja, P. R. 00763

    2.   Dr. Héctor Carrillo Pichardo
         Torre Médica Hospital San José
         Constituyentes 303 Fracc.
         El Jacal C. P. 76187
         Santiago de Querétaro, Mexico

2

3.   Dr. Juan Martín Mendoza
     Torre Médica Hospital San José
     Constituyentes 303 Fracc.
     El Jacal C. P. 76187
     Santiago de Querétaro, Mexico

4.   Dr. Jorge Yahuaca
     Torre Médica Hospital San José
     Constituyentes 303 Fracc.
     El Jacal C. P. 76187
     Santiago de Querétaro, Mexico

5.   William Rublee
     Laredo Rehab. & Therapy
     7305 San Dario Ave.
     Ste G-111
     Laredo, Tx 78045

6.   Dr. D. Guerrero Mieses
     Carr. #2, Km. 47.7
     Manatí, PR 00674

7.   Dr. David Dennis
     7614 Louis Pastor Dr.
     San Antonio, Texas 78229

8.   Dr. F. Mc Climans
     Dr. James L. Sherer
     Centurion Hospital of
     Carrollwood, 7171 N. Dale
     Mabry Highway
     Tampa Florida 33614

9.   Law Offices of Frank Herrera
     International Bank of Commerce Centre
     175 E Houston St. Suite 250
     San Antonio Tx. 78205

10.  Ravello Medical Center
     7520 Waters Ave. West Suite 2
     Tampa, Fl. 33604

11.  Dr. Ernesto Nieto
     6101 Webb R
     Tampa, Fl. 33615

12.  Dr. Mary Ellen Shriver
     Neurologic Care Center 6101
     Webb Rd. Suite 210
     Tampa, Fl. 33615

3

13. Dr. Ralph E. Rydell
    5106 Arminia Ave. N.
    Tampa, Fl. 33603

14. Dr. James R. Bradley
    James A. Haley Veterans' Hospital
    Tampa, Fl. 33612-4799

15. Felker Clinics
    8834 N. 56th St.
    Tampa, Fl. 33617

16. Department of the Army
    U. S. Army Military Personnel
    Center 2461 Eisenhower Ave.
    Alexandria, Virginia 2231-0400

17. Department of the Army
    Brooke Army Medical Center
    Fort Sam
    Houston, Texas 78234-6200

18. Department of the Army
    Willford Hall USAF Medical
    Center Lackland
    AFB Texas 78236-5300

19. Department of the Army
    U.S. Army Health Clinic
    Fort Buchanan P.R. 00934

20. Department of the Army
    United States Air Force
    Regional Hospital MacDill
    8415 Bayshore Blvd.
    Air Force Base
    Tampa, Fl. 33621-1607
    Tel: 813-828-5393

21. The Outpatient Diagnostic
    Center, Dr. Eugene Rosenberg
    4719 Habana Ave. N.
    Tampa Florida 33614

22. Dr. Steven Ferzoco, M.D.
    Town & Country Hospital
    6001 Webb Road
    Tampa, Fl. 33615-3291

4

23.  Dr. James D. Cates
     Tower OpenScan MRI
     13940 North Dale Mabry
     Tampa, Fl. 33618

24.  Dr. Steven Bifulco
     510 East Druid Rd.
     Clearwater, Fl. 34616

25.  SOCIAL SECURITY DEPARTMENT
     SUITE 120
     14497 N. DALE-MABRY HWY.
     TAMPA, FL 33618


IT IS SO ORDERED.

IN SAN JUAN, PUERTO RICO THIS *24th* DAY OF *NOV* 1999.


                            JAIME PIERAS, JR.
                    UNITED STATES DISTRICT JUDGE