UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 JAN -5 AM 8:31
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

HENRY RODRIGUEZ ANTONGIORGI, et al.,
    Plaintiffs

vs.

CIVIL NO. 98-2336 (JP)

CENTRO COMERCIAL PLAZA VEGA, et. al.,
    Defendants

## O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** December 8, 1999<br>**Docket:** #27<br>[X] **Plffs**      [] **Defts**<br><br>**Title:** Motion for Change of Hearing | **GRANTED.** Given the many difficulties that Plaintiff has encountered in obtaining complete medical records, requiring a subpoena from this Court on November 24, 1999, the Court hereby **RESETS** the Pre-trial in this case to **March 2, 2000** at 4:00 p.m. and the trial to **March 15, 2000** at 9:00 a.m. There will be no conference held on January 4, 2000. |

Date: 1/3/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:     EOD:

By:       # 29