IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 JAN 14 AM 8 35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

HENRY RODRIGUEZ ANTONGIORGI, *
                                                   *

    Plaintiff                         *
                                                   *

vs.                                                      * CIVIL NO. 98-2336 (JP)
                                                   *

CENTRO COMERCIAL PLAZA VEGA, et al. *
                                                   *

    Defendants                   *
                                                   *

## ORDER

The Court met with the parties on January 4, 2000 for a Status Conference, represented by counsel: Jaime F. Agrait Llado, Esq. for Plaintiff and Harold D. Vicente, Esq. for Defendants. In furtherance of the expeditious resolution of this litigation, the Court issues the following **ORDERS**:

1. On or before **February 15, 2000**, Plaintiff **SHALL** produce to Defendants a complete copy of the medical records of Plaintiff in its possession, and shall so certify to the Court by motion.

2. On **March 1, 2000 at 4:00 p.m.**, the parties **SHALL** meet with the Court for a Further Status Conference. At that time, the parties **SHALL** bring all medical records in their possession, and Plaintiff **SHALL** bring its neurologist expert report, prepared in accordance with Rule 26 of the Federal Rules of Civil Procedure.

AO 72A
(Rev.8/82)

CIVIL NO. 98-2336 (JP)

3. The pre-trial conference is hereby **SCHEDULED** for **June 22, 2000 at 4:00 p.m.** The trial is scheduled for **July 6, 2000 at 9:30 a.m.**

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 12th day of January, 2000.

JAIME PIERAS, JR.
U.S. SENIOR DISTRICT JUDGE

AO 72A
(Rev.8/82)