IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

98 - 2 33⟨ (JP)

| | |
|---|---|
| HENRY RODRIGUEZ ANTONGIORGI, et al.* | |
| * | |
| Plaintiffs * | |
| * | |
| vs. * | CIVIL NO. 98-2336 (JP) |
| * | |
| CENTRO COMERCIAL PLAZA VEGA, et al.* | |
| * | |
| Defendants * | |
| ———————————————————* | |

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR
MAR -3 AM 8 05

## ORDER

The Court met with the parties on March 1, 2000 for a Further Status Conference, represented by counsel: Francisco Agrait Oliveras, Esq. and Jaime F. Agrait Llado, Esq. for Plaintiffs and Harold D. Vicente, Esq. for Defendants.  The parties indicated that they were now in possession of a complete copy of co-Plaintiff Henry Rodríguez Antongiorgi's medical records.  Further, the parties brought to the attention of the Court a dispute regarding Plaintiffs' request to substitute Dr. Boris Rojas as expert witness for Plaintiffs, in lieu of Dr. Carlos Grobas.  The Court hereby **ORDERS** the parties to file, on or before **March 21, 2000**, memoranda addressing the issue of whether the Court should permit Plaintiffs to announce Dr. Rojas as an expert witness at this stage of the litigation.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this first day of March, 2000.

JAIME PIERAS, JR.
U.S. SENIOR DISTRICT JUDGE