UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 MAY 23 AM 8 08
CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN P R

HENRY RODRIGUEZ ANTONGIORGI, et al.,
    Plaintiffs

vs.    CIVIL NO. 98-2336 (JP)

CENTRO COMERCIAL PLAZA VEGA, et. al.,
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** March 21, 2000; March 22, 2000<br>**Docket:** #33, 34<br>[X] **Plffs**      [X] **Defts**<br><br>**Title:** Memorandum of Law in Support of Defendants' Request to Preclude Plaintiffs from Announcing Dr. Boris Rojas as their New Expert Witness; Opposition to Defendants' Motion to Eliminate Plaintiff's Key Medical Expert Witness | As the Court does not have a copy of the expert report of Plaintiff's new expert, Dr. Boris Rojas, the Court cannot decide this motion. However, if Plaintiff files its expert report on or before **May 26, 2000**, Defendants **SHALL** take Dr. Rojas' deposition on **June 1, 2000**. If Plaintiff's report is not filed by this date both with the Court and with counsel for Defendant, given the long delay in Plaintiff's filing of the report and the proximity of the trial date, Plaintiff's expert will not be allowed to testify at trial. |

Date: May 22, 2000

By: /s/ JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:    EOD:

By:    #35