UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



HENRY RODRIGUEZ ANTONGIORGI, et al.,
    Plaintiffs

vs.     CIVIL NO. 98-2336 (JP)

CENTRO COMERCIAL PLAZA VEGA, et. al.,
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** May 24, 2000<br>**Docket #:** 37<br>[ ] **Plffs**       [X] **Defts**<br><br>**Title:** Motion for Extension of Time to Take the Deposition of Plaintiffs' New Expert Witness, Dr. Boris Rojas | **GRANTED.** Pursuant to the request of counsel for defendants, and due to the unavailability of the same on June 1, 2000, the deposition of Plaintiff's expert, Dr. Boris Rojas, **SHALL** take place on **June 9, 2000**. |

                                 JAIME PIERAS, JR.
**Date:** May 30, 2000         U.S. Senior District Judge

Rec'd:        EOD:

By:        #38