IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| HENRY RODRIGUEZ ANTONGIORGI, et al., | * * * |
| Plaintiffs | * * |
| vs. | * *   CIVIL NO. 98-2336 (JP) |
| CENTRO COMERCIAL PLAZA VEGA BAJA, et al., | * * * |
| Defendants | * * |

**ENTERED ON DOCKET JUL 13 2000 PURSUANT TO FRCP RULES 58 & 79a**

RECEIVED & FILED '00 JUL 10 AM 8 47 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN PR

### FINAL JUDGMENT

The parties have informed the Court that they have settled this case for the sum of $100,000.00. Pursuant thereto, the Court hereby **ENTERS JUDGMENT** for Plaintiffs Henry Rodríguez-Antongiorgi and the conjugal partnership constituted between him and Aramita Rodríguez, to have and recover from Defendants Centro Comercial Plaza Vega Baja and Cigna Insurance Company, jointly and severally, the amount of $100,000.00.

**IT IS SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this 7th day of July, 2000.

JAIME PIERAS, JR.
U. S. SENIOR DISTRICT JUDGE

JUL 13 2000