# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

HENRY RODRIGUEZ ANTONGIORGI, et al.,
    Plaintiffs

vs.

CIVIL NO. 98-2336 (JP)

CENTRO COMERCIAL PLAZA VEGA, et. al.,
    Defendants

## O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** August 17, 2000<br>**Docket #:** 54<br>[X] **Plffs**     [] **Defts** | **GRANTED.** The Court hereby **GRANTS** Plaintiffs' motion for withdrawal of his non-resident bond of $250.00. The Clerk **SHALL** disburse the same to counsel for Plaintiffs. |
| **Title:** Motion to Withdraw Non Resident Bond | |

**JAIME PIERAS, JR.**
**U.S. Senior District Judge**

**Date:** May 30, 2000

Rec'd:      EOD:

By:    #55